JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

vs.

JOHN DOE infringer identified as using IP address 76.33.109.134,

Defendant.

Case Number: 2:24-cv-04417-CBM-SP

**JUDGMENT**

Consistent with the Court's Order re: Plaintiff's Motion for Default Judgment, judgment is hereby entered in favor of Plaintiff Strike 3 Holdings, LLC and against Defendant John Doe infringer identified as using IP address 76.33.109.134 a/k/a Leslie Lesperance in the amount of $21,000.00 in statutory damages and $405.00 for costs.

DATED: August 26, 2026.

United States District Judge
Honorable Consuelo B. Marshall